IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| DEBORAH MCCLURE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-1210 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| PROGRESSIVE PREFERRED INSURANCE COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF REMAND

The Stipulation of the parties (Doc. 4) clarifies that the amount in controversy does not exceed $75,000. *See id.* at ¶ 1; *see also* Rosado v. Encompass Ins. Co., 2010 WL 2431829, *2 (E.D. Pa. Jun. 10, 2010) ("[w]here a complaint is ambiguous as to the damages asserted and the amount in controversy is not apparent, a court may consider a subsequent stipulation as clarifying rather than amending an original pleading") (citation omitted). The Stipulation hereby is **ADOPTED** in full, and this case is **REMANDED FORTHWITH** to the Court of Common Pleas of Indiana County, Pennsylvania (Case No. 10997 CD 2017).

IT IS SO ORDERED.


September 22, 2017     s\Cathy Bissoon
                       Cathy Bissoon
                       United States District Judge


cc (via ECF email notification):

All Counsel of Record